

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>ADELLA N. CAPELLA,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:16-CR-00131-JVS<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _March 5_, _2019_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _JOHN D. EARLY_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _March 1, 2019_

JOHN D. EARLY
U.S. Magistrate Judge