

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 5 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 8:16-cr-00131-JVS |
| Plaintiff, | ) |
| | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| | ) U.S.C. § 3143(a)] |
| ADELLA N. CAPELLA, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including multiple failures to report for drug testing, failure to provide required samples for drug testing, and violation conditions of home detention; prior alleged violation; criminal history*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including multiple failures to report for drug testing, failure to provide required samples for drug testing, and violation conditions of home detention; prior alleged violation; criminal history*

   IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: <u>March 5, 2019</u>

<u>JOHN D. EARLY</u>
United States Magistrate Judge